# EXHIBIT 1

ALEJANDRO MORALES-MEJIA

v.

MID-CENTURY INSURANCE COMPANY, et al.

**DEFENDANT, MID-CENTURY INSURANCE COMPANY'S PETITION FOR REMOVAL**

# EXHIBIT 1

**Copy of All Process Served Upon Defendant, Mid-Century Insurance Company**

Electronically Filed
12/07/2016 12:49:36 PM

*[signature]*

CLERK OF THE COURT

1  AFFT
2  The Law Offices of Kristian Lavigne & Associates
   Kristian Lavigne
3  8064 W. Sahara Ave., #102
4  Las Vegas, NV 89117
   State Bar No.: 11629
5  Attorney(s) for: Plaintiff(s)

**DISTRICT COURT
CLARK COUNTY, NEVADA**

| | |
|---|---|
| Alejandro Morales-Mejia, an individual<br>vs<br>Mid-Century Insurance Company; et al.<br><br>**Plaintiff(s)**<br><br>**Defendant(s)** | Case No.: A-16-746500-C<br>Dept. No.: XIII<br>Date:<br>Time: |

**AFFIDAVIT OF SERVICE**

I, **Joe Ricondo**, being duly sworn deposes and says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age, licensed to serve civil process in the State of Nevada under license #604, and not a party to or interested in the proceeding in which this affidavit is made. The affiant received **2** copy(ies) of the: **Summons - Civil; Complaint and Demand for Jury Trial; Check (1) for Insurance Commissioner ($30)** on the **5th** day of **December, 2016** and served the same on the **5th** day of **December, 2016** at **12:00 PM** by serving the **Defendant(s). Mid-Century Insurance Company** by personally delivering and leaving a copy at **Nevada Division of Insurance, 2501 E. Sahara Ave., #302, Las Vegas, NV 89104** with **Rhonda Kelly** as **Legal Secretary** an agent lawfully designated by statute to accept service of process.

State of Nevada, County of **Clark**

SUBSCRIBED AND SWORN to before me on this **5th** day of **December 2016**

*[signature]*
Notary Public   D. Watts

NOTARY PUBLIC
STATE OF NEVADA
County of Clark
D. WATTS
Appt. No. 10-2737-1
My Appt. Expires Aug. 17, 2018

*[signature]*
Affiant - Joe Ricondo # R-053662

Legal Process Service    License # 604
WorkOrderNo **1608779**

*Left margin:* Legal Process Service, 724 S. 8th Street, Las Vegas, NV 89101   (702) 471-7255