# EXHIBIT 2

ALEJANDRO MORALES-MEJIA

v.

MID-CENTURY INSURANCE COMPANY, et al.

**DEFENDANT, MID-CENTURY INSURANCE COMPANY'S PETITION FOR REMOVAL**

# EXHIBIT 2

**Time Limit Policy Limit UM-UIM Demand Letter dated January 19, 2016**

 

**THE LAW OFFICE OF KRISTIAN
LAVIGNE AND ASSOCIATES**
8064 W. Sahara Ave., #102
Las Vegas, NV 89117
(702) 732-3529 (Phone)
(702) 724-9073 (Fax)
robert@myrebellawyer.com *** kris@myrebellawyer.com

January 19, 2016

### TIME LIMIT POLICY LIMIT UM-UIM DEMAND

Farmers Insurance — VIA US MAIL
National Document Center
PO Box 268993
Oklahoma City, OK 73126-8993

      RE:    Our Client:      Alejandro Morales Mejia
              Your Insured:  Alejandro Morales Mejia
              Claim #:        3003456745-1-2
              Date of Loss:   5/24/2015

To whom it may concern:

This firm represents **Alejandro Morales Mejia** relating to an automobile accident that occurred on **5/24/2015** for which he sustained serious injuries. My client has not yet concluded medical treatment but the medical and other damages have reached a point where a policy limit UM/UIM demand is now appropriate.

**On or about May 24, 2015 my client was rear ended by an uninsured vehicle in Clark County Nevada. The other vehicle was found at fault for the subject collision.**

**Please note that this was a violent collision with over $12,000 in property damage to my client's vehicle. My client's vehicle was later deemed a total loss.**

**Due to the nature and magnitude of this collision there is no defense to liability or causation of my client's injuries.**

### TREATMENT

Immediately following the accident, **Alejandro Morales Mejia** began experiencing pain in his neck, back, and shoulder. When his symptoms failed to resolve he presented to Dr. David Lewis, DC of Spinal Rehabilitation Center. Dr. Lewis performed X-rays of the neck and back to aide in his diagnosis. Dr. Lewis diagnosed my client as follows:

**CLINICAL IMPRESSION:**

1. **Hyperextension/Flexion Injury**         847.0
2. **Lumbar Sprain/Strain**                  784.0
3. **Thoracic Sprain/Strain**                847.2
4. **Fatigue and Malaise**                   780.79
5. **Muscle Spasm**                          728.85

Dr. Lewis began a rigorous course of chiropractic care, combined with physical therapy. Physical Therapy modalities included cryotherapy, thermotherapy, mechanical and manual massage, electrical muscle stimulation, manual and mechanical traction to the affected areas. Dr. Lewis also performed chiropractic manipulations, joint immobilizations, myofascial release and soft tissue mobilization.

Dr. Lewis also referred **Alejandro Morales Mejia** to a medical doctor for further examination. 6/2/ 2015, **Alejandro Morales Mejia** presented to Dr. Thomas A. Shang, M.D. of Quality Care Medical Consultants for examination. Dr. Shang examined my client and confirmed his injuries. Dr. Shang prescribed pain medication and muscle relaxers and told his to continue with the chiropractic care. My client returned for a follow up visit on 6/23/2015, 7/30/2015.

After months of conservative treatment, **Alejandro Morales Mejia** was still experiencing significant pain in his neck and back so he was referred for MRI's of his lumbar spine. MRI's of the lumbar spine were performed on 7/10/15 at Las Vegas Radiology. The pertinent results of the MRI's were as follows:

**LUMBAR SPINE**

1. **Reversal of lumbar lordosis.**
2. **At L4-L5 there is disc desiccation and approximately 2.2 mm broad-based posterior annular bulge with ligamentum flavum and facet joint hypertrophic changes.**
3. **L5-S1: There is disc desiccation, endplate changes and broad-based posterior annular bulge. There is approximately 3 mm central disc protrusion and mild facet joint hypertrophic changes.**

Due to the positive MRI results as well as **Alejandro Morales Mejia's** continued pain, he was referred to Dr. David Lanzkowky, M.D., a board-certified pain management specialist. Dr. Lanzkowsky examined my client and determined that he would require bilateral lumbar medial branch blocks at L3, L4, and L5 and the corresponding facet joints in order to diagnose his cervical pain generator. This procedure was performed on 7/30/2015. The pertinent results of the procedure were as follows:

**LUMBAR MEDIAL BRANCH BLOCKS**
1. **Right L3 medial branch block**
2. **Left L3 medial branch block**
3. **Right L4 medial branch block**
4. **Left L4 medial branch block**
5. **Right L5 medial branch block**
6. **Left L5 medial branch block**

    7. Corresponding to bilateral L4-L5, L5-S1 facet joints.
    8. Fluoroscopy.

After examining my client and the results of the diagnostic branch blocks, Dr. Lanzkowsky determined my client would require confirmatory bilateral lumbar medial branch blocks at L3, L4, and L5 and the corresponding facet joints. This procedure was performed on 9/16/2015. The pertinent results of the procedure were as follows:

**LUMBAR MEDIAL BRANCH BLOCKS**
    9. Right L3 medial branch block
   10. Left L3 medial branch block
   11. Right L4 medial branch block
   12. Left L4 medial branch block
   13. Right L5 medial branch block
   14. Left L5 medial branch block
   15. Corresponding to bilateral L4-L5, L5-S1 facet joints.
   16. Fluoroscopy.

After examining my client and the results of the confirmatory branch blocks, Dr. Lanzkowsky determined my client would require bilateral lumbar radio frequency nerve ablation at L3, L4, and L5. This procedure was performed on 10/8/2015. The pertinent results of the procedure were as follows:

**LUMBAR RHIZOTOMIES**
   17. Right L3 medial branch rhizotomy
   18. Left L3 medial branch rhizotomy
   19. Right L4 medial branch rhizotomy
   20. Left L4 medial branch rhizotomy
   21. Right L5 medial branch rhizotomy
   22. Left L5 medial branch rhizotomy
   23. Corresponding to bilateral L4-L5, L5-S1 facet joints.
   24. Fluoroscopy.

**Alejandro Morales Mejia** continued with chiropractic care until Dr. **Lewis** determined he had reached maximum medical improvement through chiropractic care. Dr. Shang confirmed Dr. Lewis's determination. **Alejandro Morales Mejia** was discharged from both doctors care at that time.

**Alejandro Morales Mejia is still under the care of Dr. Lanzkowksy at this time.**

//
//

## DAMAGES

### PAST MEDICAL SPECIALS

| Spinal Rehabilitation Center | $ 6,951.00 |
|---|---|
| Strelhow Radiology (X-Rays) | $ 165.00 |
| Critical Care Medical Consultants | $ 900.00 |
| Las Vegas Radiology/ Valley | $ 1,650.00 |
| Anesthesia Rhizotomy | $700.00 |
| Dr. Lanzkowsky/ Centennial Medical Group | $ 15,190.00 |
| Centennial Surgery Center | $ 28,800.00 |
| Total | $ 54,356.00 |

### FUTURE MEDICAL SPECIALS

Based on the MRI results, the results of the pain management procedures, and **Alejandro Morales Mejia's** chronic pain in his neck and low back, Dr. Lanzkowsky determined that **Alejandro Morales Mejia** suffered from Lumbar Facet Syndrome. In order to treat this injury, **Alejandro Morales Mejia** underwent radio frequency nerve ablation therapy in his back. Dr. Lanzkowsky noted that nerve ablation therapy provides only temporary relief, the effects of which last approximately one year. Accordingly, **Alejandro Morales Mejia** will require at least eight of these procedures throughout the course of his life. In addition to these treatments, **Alejandro Morales Mejia** will also require ongoing physician's visits, medication, and physical therapy. The estimated costs of these treatments are as follows (See Future's Letter from Dr. Lanzkowsky for further details):

### LUMBAR FACET SYNDROME

| Treatment | No. Times/ year | Cost per visit | Cost for procedure | Cost for 8 procedures |
|---|---|---|---|---|
| Physician's visits | 4 | $250.00 | $1,000.00/year | $8,000.00 |
| Physical therapy | 20-40 sessions | $60.00 | $2,400.00/year | $19,200.00 |
| Surgeon's fee for radiofrequency nerve ablation | 1-2 | $6,480.00 | $6,480.00 | $51,840.00 |
| Facility fee for | 1-2 | $14,400.00 | $14,400.00 | $115,200.00 |

| | | | | |
|---|---|---|---|---|
| radiofrequency nerve ablation | | | | |
| Anesthesiologist fee for radiofrequency nerve ablation | 1-2 | $1,200.00 | $1,200.00 | $9,600.00 |
| TOTAL | | | | $ 203,840.00 |

**MEDICATIONS**

| Medication | Prescribed Number of Pills per month | Cost per month | Cost per year | Cost for 5 years |
|---|---|---|---|---|
| Naprosyn 500mg | 60 | $29.38 | $352.56 | $1,762.80 |
| Cyclobenzapine 10 mg (generic for flexeril) | 60 | $ 12.20 | $146.40 | $732.00 |
| Ultram 50 mg | 60 | $168.26 | $2,019.12 | $10,095.60 |
| TOTALS | | $209.84 | $2, 518.08 | $12,590.40 |

      Total   Future Medical Specials                          $ 216,430.40 +

**TOTAL MEDICAL SPECIALS**                                    $ 270,086 +

Taking into consideration the past and future medical specials, the excruciating past and future pain and suffering, the medically necessary future treatment, the permanency of these type of injuries, the emotional stress caused, demand is hereby made for **THE POLICY LIMITS** as full and final  body injury settlement.

After you have reviewed the enclosed and your file, please contact me directly at 702-379-4413, within **10 business days** to amicably resolve this claim.

Thank you for your prompt attention to this matter.

Kristian Lavigne, Esq.