# EXHIBIT 3

ALEJANDRO MORALES-MEJIA

v.

MID-CENTURY INSURANCE COMPANY, et al.

**DEFENDANT, MID-CENTURY INSURANCE COMPANY'S PETITION FOR REMOVAL**

# EXHIBIT 3

**Declaration Page to Policy Issued by MIC**



**FARMERS**
INSURANCE

Pocatello Service Operations
PO Box 4820
Pocatello, ID 83204

December 12, 2016

Insured: AlejandroMorales-Mejia
Policy Number: 67 188872735
Claim Number: 3003456745-1-1
Loss Date: May 24, 2015
Policy Term: 6   Months

☐ Attached is a true copy of the original information sent to the insured.

☐ Attached is a true copy of the original declarations page, policyback and endorsements.

☒ Attached is a true copy of the original declaration page. The attached policyback and endorsements did not mail with this declaration page, but are included as requested.

☐ Attached is a true copy of the original declaration page only.

☐ Attached is a reconstructed copy of the declaration page only.

☐ Attached is a reconstructed copy of the declaration page, policyback and endorsements.

☐ Attached is a reconstructed copy of the cancellation

☐ Attached is a true copy of the original cancellation.

Any additional Declaration Sheet(s) included with these documents labeled as "change or change-misc." may reflect a mid-term change in the policy and therefore a time period of less than the original policy term, however the dates reflect the most current policy information on file, up to and including the date of loss for the above-referenced claim.

MIC 01478



# Auto Insurance Declaration Page

| | |
|---|---|
| **Policy Number:** | 18887-27-35 |
| **Effective:** | 4/29/2015 12:01 AM |
| **Expiration:** | 10/29/2015 12:01 AM |
| **Named Insured(s):** | Alejandro Morales-Mejia |
| | 1101 Virgil St |
| | Las Vegas, NV 89110-1170 |
| | zrivera@farmersagent.com |
| **Underwritten By:** | Mid-Century Insurance Company |
| | 4680 Wilshire Boulevard |
| | Los Angeles, CA 90010 |

### Premiums

| | |
|---|---:|
| Full-term Premium (excluding fees) | $3,156.60 |
| Prorated Premium | |
| Prior Period (3/18/2015 - 4/29/2015) | -$10.59 |
| Next Period (4/29/2015 - 10/29/2015) | -$44.10 |
| ▶ **Total for this Transaction** | **-$54.69** |

**This is not a bill.**
Your bill with the amount due will be mailed separately.

Information on this declaration is effective 3/18/2015.

## Household Drivers

| Name | Driver Status | Name | Driver Status |
|---|---|---|---|
| Alejandro Morales-Mejia | Covered | Lilia Canelo | Covered |

## Vehicle Information

| Veh. # | Year/Make/Model/VIN | Coverage | Deductible | Limit |
|---|---|---|---|---|
| 1 | 2013 Toyota Corolla Sedan 2Wd Base/S/ | Comprehensive: | $725 | |
| | 5YFBU4EE8DP209183 | Collision: | $725 | |
| 2 | 2008 Ford Crown Victoria Police 4D | Comprehensive: | $750 | |
| | 2FAFP71VX8X100103 | Collision: | $750 | |

## Vehicle Level Coverage Items

| | | Premiums by Vehicle | |
|---|---|---:|---:|
| Coverage | Limits (applicable to all vehicles) | Vehicle 1 | Vehicle 2 |
| Bodily Injury Liability | $250,000 each person $500,000 each accident | $375.20 | $448.00 |
| Property Damage Liability | $500,000 each accident | $88.90 | $86.70 |
| Medical Coverage | $25,000 each person | $431.80 | $244.80 |
| Comprehensive | | $69.30 | $85.10 |
| Collision | | $248.30 | $147.90 |
| Towing and Road Service | $150 each accident | $4.20 | $4.20 |
| Loss of Use | K4: $25 per day/ $500 max | $43.00 | $43.00 |

---

**farmers.com**   **Policy No. 18887-27-35**   **Questions?** Call your agent Zayra F Rivera at (702) 458-8100 or email zrivera@farmersagent.com   **Manage your account:** Go to www.farmers.com to access your account any time!

56-6176   1st Edition 4-14   3/19/2015                                                            Page 1 of 3

MIC 01479

## Declaration Page (continued)

### Policy Level Coverage Items

| Coverage | Limits (for all vehicles) | Per Policy |
|---|---|---|
| Uninsured Motorist Bodily Injury | $250,000 each person $500,000 each accident | $836.20 |

▶ **Full-term Premium**        **$3,156.60**

### Discounts

| Discount Type | Applies to Vehicle(s) | Discount Type | Applies to Vehicle(s) |
|---|---|---|---|
| Auto/Home | 1, 2 | Multiple Car | 1, 2 |
| Auto/Life | 1, 2 | EFT | 1, 2 |

### Other Policy Features and Benefits

- Accident Forgiveness - prevents one accident from impacting your premium
- Incident Forgiveness - protects your premium from increases due to minor traffic violations
- Guaranteed Renewal - claims activity will not lead to cancellation or nonrenewal

### Policy and Endorsements

This section lists the policy form number and any applicable endorsements that make up your insurance contract. Any endorsements that you have purchased to extend coverage on your policy are also listed in the coverages section of this declarations document:
56-5058 3rd ed.; J6275 1st ed.; J6279 1st ed.; J6284 1st ed.; J6489 1st ed.; J6492 1st ed.; J6674 1st ed.; J6683 1st ed.; J6774 1st ed.; J6934 1st ed.; NV007A 2nd ed.; NV008 1st ed.; NV011 1st ed.; NV018 1st ed.; NV019 1st ed.; J6956 1st ed.; 25-2480 10-02

### Other Information

- UM premium is discounted because of limitations on stacking coverages
- Go Green by logging onto Farmers.com or contacting your Farmers Agent.
- Do you know that Farmers offers free of charge Farmers Friendly Reviews to ensure that you and your family are receiving the right coverage and savings, please contact your agent to setup an appointment.
- Any outstanding credit will be applied to your remaining account balance. However, 'insured' can request an immediate refund for any outstanding credit if preferred.

### *Information on Additional Fees

The "Fees" stated in the "Premium/Fees" box on the front apply on a per-policy, not an account basis. The following additional fees also apply:

farmers.com    Policy No. 18887-27-35    Questions? Call your agent Zayra F Rivera at (702) 458-8100 or email zrivera@farmersagent.com    Manage your account: Go to www.farmers.com to access your account any time!

56-6176  1st Edition  4-14     Page 2 of 3

MIC 01480

## Declaration Page (continued)

1. **Service Charge per installment** (In consideration of our agreement to allow you to pay in installments):
   - For Monthly Recurring Electronic Funds Transfer (EFT) and fully enrolled online billing (paperless): **$0.00** (applied per account)
   - For other Monthly EFT plans: **$2.00** (applied per account)
   - For all other payment plans: **$5.00** (applied per account)

   If this account is for more than one policy, changes in these fees are not effective until the revised fee information is provided for each policy.

   *Countersignature*

   _____
   Authorized Representative

2. **Late Fee: $10.00** (applied per account)
3. **Returned Payment Charge: $25.00** (applied per check, electronic transaction, or other remittance which is not honored by your financial institution for any reason including but not limited to insufficient funds or a closed account)
4. **Reinstatement Fee: $25.00** (applied per policy)

One or more of the fees or charges described above may be deemed a part of premium under applicable state law.

farmers.com    Policy No. 18887-27-35    Questions? Call your agent Zayra F Rivera at (702) 458-8100 or email zrivera@farmersagent.com    Manage your account: Go to www.farmers.com to access your account any time!

56-6176  1st Edition  4-14                                                                 Page 3 of 3

MIC 01481