# EXHIBIT 5

**ALEJANDRO MORALES-MEJIA**

**v.**

**MID-CENTURY INSURANCE COMPANY, et al.**

**DEFENDANT, MID-CENTURY INSURANCE COMPANY'S
PETITION FOR REMOVAL**

# EXHIBIT 5

**Notice of Removal**

1   **RMFC**
David J. Feldman, Esq.
2   Nevada Bar No. 5947
FELDMAN GRAF, P.C.
3   8845 West Flamingo Rd., Suite 110
Las Vegas, Nevada 89147
4   Telephone:  (702) 949-5096
Facsimile:  (702) 949-5097
5   dfeldman@feldmangraf.com
Attorneys for Defendant
6   *Mid-Century Insurance Company*

7                          **DISTRICT COURT OF NEVADA**

8                              **COUNTY OF CLARK**

9   ALEJANDRO MORALES-MEJIA, an                )   Case No.:  A-16-746500-C
    individual,                                )
10                                             )   Department XIII
                                               )
11              Plaintiff,                     )
                                               )
12         vs.                                 )
                                               )
13  MID-CENTURY INSURANCE COMPANY;             )
    DOES I through VI; and ROE                 )
14  CORPORATIONS I through V, inclusive,       )
                                               )
15              Defendants.                    )
    _____   )

16                           __**NOTICE OF REMOVAL**__

17  TO:    THE HONORABLE MARK R. DENTON, DEPARTMENT 13 OF THE EIGHTH

18          JUDICIAL DISTRICT COURT, COUNTY OF CLARK

19          PLEASE TAKE NOTICE that Defendant, Mid-Century Insurance Company, by and

20  through its undersigned counsel, has filed a Petition for Removal in the United States District

21  Court, District of Nevada pursuant to 28 U.S.C. §1332 (Diversity), §1441 and §1446, in the

22  above-referenced matter.

23  . . .

24  . . .

25  . . .

26  . . .

27  . . .

28  . . .

                                            1

1        A copy of the Petition for Removal which was filed on January 4, 2017 is attached

2   hereto as **Exhibit A** and filed herewith.

3        DATED this 4th day of January, 2017.

4                       FELDMAN GRAF, P.C.

5

6                     By:_____

7                           David J. Feldman, Esq.
                        Nevada Bar No. 5947

8                           8845 West Flamingo Rd., Suite 110
                        Las Vegas, Nevada 89147

9                           Telephone:  (702) 949-5096
                        Facsimile:  (702) 949-5097

10                          dfeldman@feldmangraf.com
                        Attorneys for Defendant

11                          *Mid-Century Insurance Company*

12

13                   **CERTIFICATE OF SERVICE**

     Pursuant to NRCP 5(b) and Administrative Order 14-02 of the Eighth Judicial District

14  Court, I hereby certify that I am employee of Feldman Graf, P.C., and that on the 4th day of

15  January, 2017, I served the above and foregoing **NOTICE OF REMOVAL** on the following

16  parties in compliance with the Nevada Electronic Filing and Conversion Rules:

17

18                  Kristian Lavigne, Esq.
                Jeffrey Lavigne, Esq.

19        THE LAW OFFICE OF KRISTIAN LAVIGNE AND ASSOCIATES, P.C.
                3627 S. Eastern Avenue

20                  Las Vegas, NV 89169
                Telephone: (702) 732-3529

21                  Facsimile:  (702) 724-9073
                kris@myrebellawyer.com

22                  jeff@myrebellawyer.com
                Attorneys for Plaintiff

23                  Alejandro Morales-Mejia

24

25               _____
          An Employee of FELDMAN GRAF, P.C.

26

27

28