# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ALEJANDRO MORALES-MEJIA, an individual,<br><br>       Plaintiff,<br><br>    v.<br><br>MID-CENTURY INSURANCE COMPANY; DOES I through VI; and ROE CORPORATIONS I through V, inclusive,<br><br>       Defendants. | Case No. 2:17-cv-00032-APG-PAL<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>(ECF No. 13) |

Defendant Mid-Century moves for partial summary judgment on plaintiff Morales-Mejia's extra-contractual claims for Common Law Bad Faith/Breach of the Covenant of Good Faith and Fair Dealing and violation of Nevada's Unfair Claims Practices Act. ECF No. 13. Mr. Morales-Mejia does not oppose entry of summary judgment. ECF No. 14.

Morales-Mejia believes his bodily injury claim is worth in excess of $275,000. Mid-Century believes the injuries are valued at less than $25,000. Mid-Century's valuation is based on various factors and the opinions of medical professionals. While the jury may disagree with either party's valuation, there is a genuine dispute about the value of the injuries, and Mid-Century has a reasonable basis for its valuation. Thus, Morales-Mejia cannot prevail on his claim for Bad Faith/Breach of the Covenant of Good Faith and Fair Dealing. Further, Morales-Mejia offers no facts to support his claim of violations of Nevada's Unfair Claims Practices Act.

IT IS THEREFORE ORDERED that Mid-Century's motion for partial summary judgment **(ECF No. 13) is GRANTED**. Summary judgment is entered in favor of Mid-Century and against plaintiff Morales-Mejia on the claims of Common Law Bad Faith/Breach of the Covenant of Good Faith and Fair Dealing and violation of Nevada's Unfair Claims Practices Act.

DATED this 24th day of October, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE